# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:11-cr-00032-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JONATHAN MAURICE USSERY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the production of transcripts at the Government's expense [Doc. 63].

The Defendant has failed to demonstrate a particularized need for the requested transcripts. See United States v. MacCollom, 426 U.S. 317, 326-27 (1976) (holding that federal inmates are not entitled to transcripts at Government expense absent some showing of a particularized need). "[A]n indigent is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering some flaw." Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152 (4th Cir. 1972) (citation omitted). Having failed to demonstrate a particularized need for the requested transcripts, the Defendant's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "motion for the production of transcripts at the Government's expense [Doc. 63] is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 15, 2015

Martin Reidinger
United States District Judge